UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN SCHNAIDT,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JIM GOLDEN FORD-LINCOLN LLC,<br><br>　　　　Defendants. | Case No. 18-cv-04602-SBA<br><br>**ORDER OF RECUSAL** |

　　　I HEREBY recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section D.2 of the Assignment Plan of this Court.  All pending dates are hereby vacated and are to be reset by the newly assigned Judge.

　　　**IT IS SO ORDERED**.

Dated: August 8, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　　　United States District Judge